UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>CLARA P. ANDRADE-PALMER, )<br>a/k/a CLARA P. ANDRADE, and )<br>a/k/a PAMELA PALMER, )<br>)<br>Defendant. ) | CRIMINAL NO. 10-10050-RWZ |

### GOVERNMENT'S MOTION TO UNSEAL INDICTMENT & WARRANT

The government respectfully moves to unseal the indictment and arrest warrant in this case, filed with this Court on February 17, 2010. As grounds therefor, the government states that the defendant has been arrested pursuant to a warrant issued by this Court, and there is no further need to maintain the secrecy of the indictment and arrest warrant.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: /s/ Antoinette E.M. Leoney
ANTOINETTE E.M. LEONEY
Assistant U.S. Attorney
(617) 748-3103

Date: February 18, 2010