**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

UNITED STATES OF AMERICA

v.                                                   CRIMINAL CASE NO. 1:10-CR-10050

CLARA ANDRADE-PALMER
_____
        Defendant

**APPOINTMENT OF FEDERAL DEFENDER**

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is hereby ORDERED that the Federal Defender Office for the District of Massachusetts be appointed, effective as of 02/18/2010 to represent said defendant in this cause until further order of the Court.

SARAH ALLISON THORNTON,
Clerk of Court

02/19/2010                By: _____
Date                           Deputy Clerk