UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO. 10-10050-RWZ |
| v. ) | |
| ) | |
| CLARA P. ANDRADE-PALMER, ) | |
| a/k/a CLARA P. ANDRADE, and ) | |
| a/k/a PAMELA PALMER, ) | |
| ) | |
| Defendant. ) | |

**ASSENTED-TO MOTION TO EXCLUDE THE TIME
FROM FEBRUARY 18, 2010 THROUGH APRIL 5, 2010
AND FOR AN ORDER ON EXCLUDABLE DELAY**

The United States hereby moves move, pursuant to 18 U.S.C. §3161(h)(8)(A) and Section 5(c)(1)(A) of the Plan for the Prompt Disposition of Criminal Cases of the United States District Court for the District of Massachusetts, to exclude the time within which trial must commence under 18 U.S.C. §3161(c)(1), excluding from such computation all time, commencing on February 18, 2010 (the date of defendant's initial appearance) and concluding on April 5, 2010 (the date of the initial status conference).

Counsel for Defendant, Ian Gold, Esq., has given his assent to this motion.

WHEREFORE, the government respectfully requests, under 18 U.S.C. §3161(h)(8)(A) and §5(c)(1)(A) of Plan for Prompt Disposition of Criminal Cases of this Court, that this Court find, based on the above, that the ends of justice are served by granting the requested exclusion, and that said exclusion outweighs the best interest of the public and the defendant in a

speedy trial, and, accordingly, exclude all time, **commencing on February 18, 2010, and concluding on April 5, 2010**, in computing the time within which trial must commence under 18 U.S.C. §3161, and request that the Court enter an Order of Excludable Delay.

CARMEN M. ORTIZ  
United States Attorney

By:  
/s/Antoinette E.M. Leoney  
ANTOINETTE E.M. LEONEY  
Assistant U.S. Attorney  
Date: February 24, 2010           (617) 748-3103

CERTIFICATE OF SERVICE

This is to certify that I on this day I have served upon the person listed below a copy of the foregoing document by electronic court filing ("ECF"):

Ian Gold, Esq.  
Federal Defender's Office  
51 Sleeper Street, 5th Fl.  
Boston, MA 02210

/s/Antoinette E.M. Leoney  
ANTOINETTE E.M. LEONEY  
Assistant U.S. Attorney